IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 18 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–61–M–DLC–4 |
| Plaintiff, | |
| vs. | ORDER |
| STEVEN SANN, | |
| Defendant. | |

Before the Court is Defendant Steven Sann's ("Sann") Unopposed Motion to Terminate Supervised Release (Doc. 641). On February 26, 2013, Sann was sentenced to four years' probation in this case after pleading guilty to Conspiracy to Maintain Drug-Involved Premises in violation of 21 U.S.C. § 846 and § 856(a)(1). (Doc. 560 at 1–2.) Sann's four-year probationary sentence was stayed pending his incarceration in a separate matter and will terminate on November 22, 2018. (Doc. 641 at 2.) Sann requests that his probation be terminated early, on May 14, 2018. (*Id.*) Sann posits that he will have served nearly "90% of his probationary sentence by May 14, 2018." (*Id.* at 3.)

Federal law provides that a court may "terminate a term of probation previously ordered and discharge the defendant" if the court is satisfied that such

action "is warranted by the conduct of the defendant and the interest of justice" and the defendant has completed at least one year of probation in the case of a felony. 18 U.S.C. § 3564(c). Courts should consider a subset of the factors set forth in 18 U.S.C. § 3553(a) to determine whether termination of a term of probation is appropriate. *Id.*

In light of the referenced subset of section 3553(a) factors, specifically including the nature and circumstances of the offense, defendant's history and characteristics, and success of probation to date, the Court finds that Sann has shown that early termination of probation is justified. Sann has served more than one year of probation and the interests of justice and judicial economy weigh in favor of terminating the remaining time. Sann has satisfactorily complied with the conditions of his probation and required minimal attention from his supervising officer since the inception of his term. Accordingly,

IT IS ORDERED that Sann's Unopposed Motion for Early Termination of Supervised Release (Doc. 641) is GRANTED. The term of probation imposed by this Court on February 26, 2013, will TERMINATE on May 14, 2018, and Sann will be DISCHARGED from his sentence of probation in this case at that time.

DATED this 18th day of April, 2018.

Dana L. Christensen, Chief Judge
United States District Court